No. 12–7869. BONIECKI v. STEWART ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 12–8257. AMAWI v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 12–8307. FASANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8424. SESSOMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 